IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                         CHAPTER 13 NO.:

CARLTON W. FREEMAN and
NECHA L. FREEMAN                                          12-10650-DWH


TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW Trustee, Locke D. Barkley, by and through counsel, and files

this Objection to Confirmation, and in support thereof states as follows:

1.      Debtor[1] commenced this proceeding with the filing of a chapter 13

bankruptcy petition on February 17, 2012.  Debtor filed a proposed plan (Dkt. #11)

on March 27, 2012 (the "plan").

2.      Debtor's plan fails to comply with 11 U.S.C. § 1325(a) and (b)(1)(B).

The plan does not provide for payment of all Debtor's projected disposable income

for unsecured creditors.  There remains $236.72 of projected disposable income not

being paid by Debtor.

3.      Confirmation of Debtor's plan should be denied and the case dismissed.

4.      Trustee objects to any amended plan filed hereinafter.

WHEREFORE,  PREMISES  CONSIDERED,  Trustee,  Locke  D.  Barkley,

requests that upon notice and hearing that this Court enter its order sustaining

Trustee's objection and for such other relief to which Trustee and this bankruptcy

estate may be entitled.

---

[1]  The above-referenced Debtor or Debtors shall be referred to herein in the singular as Debtor unless specified
otherwise.

Dated: April 12, 2012

Respectfully submitted,
LOCKE D. BARKLEY, TRUSTEE

/s/ G. Adam Sanford
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
G. Adam Sanford (MSB 103482)
6360 I-55 North, Suite 140
Post Office Box 55829
Jackson, Miss.  39296
(601) 355-6661
ssmith@barkley13.com

## C E R T I F I C A T E

I, the undersigned attorney for Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the following attorneys of record and/or parties of interest:

Office of the U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Heidi Schneller Milam, Esq.
heidi.milam@yahoo.com
heidismilam@gmail.com
rosetaylor2322@yahoo.com

Carlton W. Freeman
Necha L. Freeman
2680 Baptist Road
Nesbit, MS  38651

Dated: April 12, 2012

/s/ G. Adam Sanford
G. ADAM SANFORD