IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                             CHAPTER 13 CASE NO.:

CAROLTON W FREEMAN                            12-10650-DWH
NECHA FREEMAND

## AGREED ORDER

THIS MATTER came before the Court on the joint *ore tenus* motion of Trustee and Debtor for adequate protection payments pursuant to 11 U.S.C. §§ 361 and 362, and the Court being advised in its premises does hereby find and order as follows:

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1. Trustee and Debtor's motion shall be and is hereby sustained.

2. Upon the filing of a proof of claim by Citifinancial and the receipt of timely plan payments from Debtor, Trustee shall disburse monthly amounts to the creditor pursuant to the proposed plan and proof of claim. Such disbursements shall continue until the proposed Chapter 13 plan is confirmed.

3. Such disbursements shall be applied by Citifinancial to on-going post-petition payments due from Debtor.

4. Trustee may assess an administrative fee, if and when permitted, for effectuating the disbursements required by this order and shall collect that fee from other funds on hand at the time of such disbursements.

5. Upon dismissal or conversion of this case to another chapter prior to the confirmation of the proposed Chapter 13 plan, all disbursements due under this order shall be paid to Citifinancial before any refund to Debtor.

SO ORDERED, this the ____ day of _____, 2012.

_____
U. S. BANKRUPTCY JUDGE

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

_____
ATTORNEY FOR DEBTOR