# United States Bankruptcy Court
## Northern District of Mississippi

IN RE:                                                                    Case No. **12-10650**

**Freeman, Carlton W. & Freeman, Necha L**                                 Chapter **13**
                              Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Notice of Motion to Modify Plan with Motion attached**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this **11th** day of **September**, **2012**.

/s/ Heidi S. Milam
**Heidi S. Milam 9813**
**Heidi S. Milam, Attorney At Law, PLLC**
**P.O. Box 1169**
**Southaven, MS  38671**
**(662) 449-3099**
**heidi.milam@yahoo.com**

**Citifinancial Mortgage**
P.O. Box 6030
Sioux Falls, SD
57117-6030

**Locke D. Barkley**
P.O. Box 55829
Jackson, MS  39296

**U.S. Trustee**
501 East Court St. Suite 6-430
Jackson, MS  39201

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

CM/ECF ntcm2bk
(Rev. 12/07/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662-369-2596

In Re: Carlton W. Freeman and Necha L.
Freeman
Debtor(s)

Case No.: 12-10650-DWH
Chapter: 13
Judge: David W. Houston III

NOTICE IS HEREBY GIVEN that a

*36* − Motion to Modify Plan Filed by Heidi Schneller Milam on behalf of Carlton W. Freeman, Necha L. Freeman. (Milam, Heidi)

has been filed in the above caption case.

LAST DAY TO FILE OBJECTIONS OR RESPONSES IS 10/4/12 .

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said date; otherwise, the Court may consider said motion immediately after the objection or response due date.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014, FRBkP. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/pdfs/SO/so_notic_revised.pdf.

Dated: 9/10/12

David J. Puddister
Clerk, U.S. Bankruptcy Court
BY: LKI
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    CARLTON W. FREEMAN AND
NECHA E. FREEMAN
Debtors.

CASE NO. 12-10650

Chapter 13

## MOTION TO MODIFY PLAN

COMES NOW the Debtors, Carlton W. Freeman and Necha E. Freeman, through counsel, and file this Motion to Modify Plan and for good cause would show:

1. The debtors filed this case on February 17, 2012.

2. This case was confirmed on June 22, 2012.

3. CitiMortgage, Inc. filed a proof of claim on August 3, 2012, showing an amount of secured claim of $40,165.30 and a loan maturity date of April 1, 2013.

4. The debtors desire to have their plan modified to pay the secured claim to CitiMortgage, Inc., over the life of their plan and have their plan payments adjusted accordingly.

WHEREFORE, premises considered, the debtors pray to this Honorable Court the following:

1. That this Motion be received and filed and upon a hearing thereon that the debtors' plan be modified to pay the secured claim to CitiMortgage, Inc. over the life of the plan.

2. That the Trustee adjust their plan payments accordingly.

3. For such other and further relief as necessary.