## United States Bankruptcy Court
## Northern District of Mississippi

| | |
|---|---|
| IN RE: | Case No. **12-10650** |
| **Freeman, Carlton W. & Freeman, Necha L** | Chapter **13** |
| Debtor(s) | |

### CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Notice of Motion to Modify Plan with Motion attached**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this __11th__ day of __September__, __2012__.

/s/ Heidi S. Milam
Heidi S. Milam 9813
Heidi S. Milam, Attorney At Law, PLLC
P.O. Box 1169
Southaven, MS  38671
(662) 449-3099
heidi.milam@yahoo.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 12-10650-DWH<br>Northern District of Mississippi<br>Aberdeen<br>Mon Sep 10 13:57:26 CDT 2012 | CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA 50368-8971 | Accounts Recievable Management Services<br>P.O. Box 638<br>Paris, TN 38242-0638 |
| Alcoa<br>3429 Regal Dr.<br>Alcoa, TN 37701-3265 | Ars Account Resolution<br>1801 Nw 66th Ave Ste 200<br>Plantation, FL 33313-4571 | Ashley Funding Services, LLC its successors<br>assigns as assignee of LabCorp<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| BAPTIST DESOTO EMERGENCY DEPARTMENT<br>Revenue Recovery Corporation<br>PO Box 2698<br>Knoxville, TN 37901-2698 | BMH-DESOTO<br>C/O MSBC, INC<br>1410 INDUSTRIAL PARK RD<br>PO BOX 1567<br>PARIS, TN 38242-1567 | Baptist Desoto Hospital<br>7601 Southcrest Pkwy<br>Southaven, MS 38671-4739 |
| Locke D. Barkley<br>P.O. Box 55829<br>Jackson, MS 39296-5829 | CAMPBELL CLINIC (ATHENA)<br>Revenue Recovery Corporation<br>PO Box 2698<br>Knoxville, TN 37901-2698 | Cas Of Tennessee<br>P.O. Box 40916<br>Memphis, TN 38174-0916 |
| Central Fnl Control<br>Po Box 66051<br>Anaheim, CA 92816-6051 | Chase Auto<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citifinancial Mortgage<br>P.O. Box 79022 MS 322<br>St. Louis, MO 63179 |
| City Of Hernando EMS<br>P.O. Box 118312<br>Carrollton, TX 75011-8312 | Cons Rec Sys<br>2650 Thousand Oaks<br>Memphis, TN 38118-2473 | Consolidated Medical Practices Of Memphi<br>P.O. Box 1000<br>Memphis, TN 38148-0001 |
| Credit Coll<br>Po Box 9136<br>Needham, MA 02494-9136 | DeSoto County Tax Collector<br>365 Losher St. Ste. 110<br>Hernando, MS 38632-2189 | DeSoto Dental<br>460 Byhalia<br>Hernando, MS 38632-1319 |
| Divrec Srvc<br>1164 Vickery Ln<br>Cordova, TN 38016-0628 | Edward Rather Jr. DMD<br>1228 Goodman Rd Suite 2<br>Southaven, MS 38671-9540 | First Reginal Library<br>370 W. Commererce St.<br>Hernando, MS 38632-2130 |
| Carlton W. Freeman<br>2680 Baptist Rd.<br>Nesbit, MS 38651-9444 | Necha L. Freeman<br>2680 Baptist Rd.<br>Nesbit, MS 38651-9444 | Frost-Arnett Company<br>P.O. Box 198988<br>Nashville, TN 37219-8988 |
| GI Diag And Therapeutic Ctr<br>P.O. Box 105<br>Memphis, TN 38101-0105 | Gastroenterology CTr Of The Midsouth<br>P.O. Box 105<br>Memphis, TN 38101-0105 | HRRG<br>P.O Box 189053<br>Plantation, FL 33318-9053 |

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A.<br>201 N Central Ave<br>AZ1-1191<br>Phoenix, AZ 85004-0073 | JPMorgan Chase Bank, NA<br>McNew, King, Mills, Burch & Landry, LLP<br>c/o John B. Landry, Jr.<br>2400 Forsythe Ave., Ste 2<br>Monroe, LA 71201-2939 | Lam Adams, III<br>Adams & Edens<br>P.O. Box 400<br>Brandon, MS 39043-0400 |
| John B. Landry Jr.<br>McNew, King, Mills, Burch & Landry, LLP<br>2400 Forsythe Ave., Ste 2<br>Monroe, LA 71201-2939 | Lane Bryant Retail/soa<br>Po Box 182789<br>Columbus, OH 43218-2789 | Larry Higginbotham DDS<br>717 S. Whitestation Rd. #8<br>Memphis, TN 38117-4538 |
| Medical Finc<br>5100 Poplar Ave<br>Memphis, TN 38137-4000 | Memphis Gastroenterology Endoscopy<br>P.O. Box 1798 Dept 50<br>Memphis, TN 38101-1798 | Mid South Imaging &Theraputics<br>5705 Stage Rd Ste 212<br>Memphis, TN 38134-4511 |
| Midsouth Imaging & Therapeutic<br>c/o CAS of TN<br>P.O. Box 40916<br>Memphis, TN 38174-0916 | Heidi Schneller Milam<br>P.O. Box 1169<br>Southaven, MS 38671-0012 | Mississippi Department Of Revenue<br>P.O. Box 22808<br>Jackson, MS 39225-2808 |
| Nuvell Credit Co<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | Nuvell Credit Company<br>P O Box 130424<br>Roseville, MN 55113-0004 | ORTHO ONE ORTHOPAEDICS & SPORTS MEDICINE<br>Revenue Recovery Corporation<br>PO Box 2698<br>Knoxville, TN 37901-2698 |
| Orthoone Orthopedics And Sports Medicine<br>P.O. Box 1607<br>Olive Branch, MS 38654-0955 | Poplar Healthcare<br>P.O. Box 1000 Dept 461<br>Memphis, TN 38148-0001 | Professional Cr Mgmt<br>Po Box 4037<br>Jonesboro, AR 72403-4037 |
| Revenue Recovery Corp<br>612 Gay St<br>Knoxville, TN 37902-1603 | SE EMERGENCY PHYSICIANS<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | SE Emergency Physicians<br>P.O. Box 740023<br>Cincinnati, OH 45274-0023 |
| Southeastern Emergency Service<br>3429 Regal Dr.<br>Alcoa, TN 37701-3265 | Stern Cardiovascular Center<br>P.O. Box 1000 Dept 984<br>Memphis, TN 38148-0001 | Susan K. Steadman, PLLC<br>P.O. Box 455<br>Hattiesburg, MS 39403-0455 |
| The Flinn Clinic<br>2120 Germantown Rd<br>Germantown, TN 38138-3804 | The Winn Brown Law Firm, PLLC<br>P.O. Box 249<br>Southaven, MS 38671-0003 | U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 |
| Unique National Collec<br>119 E Maple St<br>Jeffersonville, IN 47130-3439 | Valerie Putris Fisher<br>Attorney At Law<br>P.O. Box 1870<br>Collierville, TN 38027-1870 | Wells Fargo Bank, N.A., dba Wells Fargo Deal<br>P.O. Box 19657<br>Irvine, CA 92623-9657 |

(p)WACHOVIA DEALER SERVICES INC  
BK DEPARTMENT  
PO BOX 19657  
IRVINE CA 92623-9657

Wfnnb/Lanebi  
Po Box 182789  
Columbus, OH 43218-2789

William H. Polk  
105 Public Sq.  
Batesville, MS 38606-2219

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wfds/wds  
Po Box 1697  
Winterville, NC  28590

End of Label Matrix  
Mailable recipients    62  
Bypassed recipients     0  
Total                  62

CM/ECF ntcm2bk
(Rev. 12/07/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662-369-2596

---

In Re:  Carlton W. Freeman and Necha L.
        Freeman
        Debtor(s)

Case No.: 12-10650-DWH
Chapter: 13
Judge: David W. Houston III

---

NOTICE IS HEREBY GIVEN that a

*36* – Motion to Modify Plan Filed by Heidi Schneller Milam on behalf of Carlton W.
Freeman, Necha L. Freeman. (Milam, Heidi)

has been filed in the above caption case.

LAST DAY TO FILE OBJECTIONS OR RESPONSES IS 10/4/12 .

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said date; otherwise, the Court may consider said motion immediately after the objection or response due date.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014, FRBkP. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/pdfs/SO/so_notic_revised.pdf.

Dated: 9/10/12

David J. Puddister
Clerk, U.S. Bankruptcy Court
BY: LKI
    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CARLTON W. FREEMAN AND
NECHA E. FREEMAN
Debtors.

CASE NO. 12-10650

Chapter 13

## MOTION TO MODIFY PLAN

COMES NOW the Debtors, Carlton W. Freeman and Necha E. Freeman, through counsel, and file this Motion to Modify Plan and for good cause would show:

1. The debtors filed this case on February 17, 2012.

2. This case was confirmed on June 22, 2012.

3. CitiMortgage, Inc. filed a proof of claim on August 3, 2012, showing an amount of secured claim of $40,165.30 and a loan maturity date of April 1, 2013.

4. The debtors desire to have their plan modified to pay the secured claim to CitiMortgage, Inc., over the life of their plan and have their plan payments adjusted accordingly.

WHEREFORE, premises considered, the debtors pray to this Honorable Court the following:

1. That this Motion be received and filed and upon a hearing thereon that the debtors' plan be modified to pay the secured claim to CitiMortgage, Inc. over the life of the plan.

2. That the Trustee adjust their plan payments accordingly.

3. For such other and further relief as necessary.