UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Carlton and Necha Freeman
Debtor

CASE NO. 12-10650
Chapter 13

## ORDER TO MODIFY PLAN

THIS CAUSE having come before this Court on the Debtor's Motion to Modify Plan, and the Court after considering same, finds that there are no objections and the Plan should be modified to pay the secured claim to CitiMortgage, Inc., over the life of the plan. The Trustee is then hereby directed to modify the plan payments accordingly.

This the 30th day of January, 2013.

JUDGE

Approved:

\s\ Heidi S. Milam
Heidi S. Milam, Bar No. 9813
Attorney for Debtor
P.O. Box 1169
Southaven, MS 38632
(662) 349-2322